IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| ERIC MIZE, Register No. 1063768, ) | | |
| SHAHEED MUSLIM HABEEBULLAH, ) | | |
| Register No. 519490, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | No. 08-4063-CV-C-NKL | |
| ) | | |
| LARRY CRAWFORD, et al., ) | | |
| ) | | |
| Defendants. ) | | |

## ORDER

On April 23, 2008, United States Magistrate Judge William A. Knox recommended denying plaintiffs' motion for a temporary restraining order. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record. Plaintiffs have not filed exceptions, but have filed an additional motion for a temporary restraining order. Upon review, this court adopts the Report and Recommendation. Plaintiffs' allegations do not merit the issuance of a temporary restraining order.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of April 23, 2008, is adopted. [14] It is further

ORDERED that plaintiffs' motions for temporary restraining orders are denied. [5, 16]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: June 6, 2008
Jefferson City, Missouri